IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SONDA ROGERS                                                    PLAINTIFF

VS.                        CASE NO. 3:18CV00040 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                         DEFENDANT

**ORDER**

Defendant Nancy A. Berryhill ("Berryhill") moves for additional time in which to respond to the brief of plaintiff Sonda Rogers. Berryhill requests an additional thirty days in which to respond, and notes there is no opposition to this extension. The motion (docket entry no. 12) is granted, and Berryhill is directed to submit her brief on or before April 6, 2019.

IT IS SO ORDERED this 5th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE