IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SONDA ROGERS                                                                       PLAINTIFF

VS.                                   CASE NO. 3:18CV00040 PSH

NANCY A. BERRYHILL, Acting Commissioner,
   Social Security Administration                                        DEFENDANT

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE